IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. KEISS,<br>AIS # 287263,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIM TOBIAS THOMAS, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　CASE NO. 2:14-CV-62-WKW<br>)<br>)<br>)<br>) |

## **ORDER**

On February 18, 2014, the Magistrate Judge entered a Recommendation (Doc. # 11) that Plaintiff's motion for preliminary injunction (Doc. # 1) be denied. No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this case is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 14th day of March, 2014.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE