IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER M. KEISS, | ) |
| Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:14-CV-62-WKW |
| KIM TOBIAS THOMAS, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On May 8, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 25). Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 25) is ADOPTED, Plaintiff's motion to dismiss (Doc. # 24) is GRANTED, and this case is DISMISSED without prejudice.

DONE this 17th day of June, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT COURT